UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH STINSON, a/k/a "Pete,"
CHRISTOPHER ANDERSON,
JAMES BERRYHILL, a/k/a "Jay,"
JOHN BOUIE,
BRENTON BURNETTE JOHNSON,
RICHARD BUTLER,
CHARLES CONLEY,
ROBERT ELLISON, a/k/a "Nip,"
JERYALE GOODWIN, a/k/a "Big Dog,"
REGINA GRANDBERRY,
NATHANIEL HENDERSON,
RYAN KING,
WILLIAM LOTT,
JOEY MCLAIN,
EUGENE NICHOLS,
RICARDO RUIZ,
ARMANDO VARELA, and
MIGUEL VIGUILLA,

Defendants.

**SEALED**

'07 MAR 13 P 1 55

**07 CR068**

Case No. 07-CR-
[21 U.S.C. §§ 841(a)(1), (b)(1)(A),
(b)(1)(B), and 846]

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.    Beginning on or about January 1, 2005, and continuing until March 13,

2007, in the State and Eastern District of Wisconsin, and elsewhere,

**JOSEPH STINSON, a/k/a "Pete"
CHRISTOPHER ANDERSON,**

JAMES BERRYHILL, a/k/a "Jay,"
JOHN BOUIE,
BRENTON BURNETTE JOHNSON,
RICHARD BUTLER,
CHARLES CONLEY,
ROBERT ELLISON, a/k/a "Nip,"
JERYALE GOODWIN, a/k/a "Big Dog,"
REGINA GRANDBERRY,
NATHANIEL HENDERSON,
RYAN KING,
WILLIAM LOTT,
JOEY MCLAIN,
EUGENE NICHOLS,
RICARDO RUIZ,
ARMANDO VARELA, and
MIGUEL VIGUILLA,

the defendants herein, knowingly and intentionally conspired with each other and others known and unknown to the grand jury distribute and possess with intent to distribute controlled substances.

2.     The offense involved 5 kilograms or more of a mixture and substance containing cocaine, and 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about February 27, 2007, at Racine, in the State and Eastern District of Wisconsin,

### ARMANDO VARELA,

the defendant herein, did knowingly and intentionally distribute a controlled substance.

2.     The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about February 26, 2007, at Racine, in the State and Eastern District of Wisconsin,

### JOSEPH STINSON, a/k/a "Pete,"

the defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance.

2.      The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about December 12, 2006, at Racine, in the State and Eastern District of Wisconsin,

**JOSEPH STINSON, a/k/a "Pete,"**

the defendant herein, did knowingly and intentionally distribute a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:

_____
FOREPERSON

Dated: 3/13/07

STEVEN M. BISKUPIC
United States Attorney