AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court
## EASTERN DISTRICT OF WISCONSIN

2007 MAR 14 AM 8:30

'07 APR 11 A10 :37

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: 07-CR-68

CHARLES CONLEY

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Charles Conley__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ **Indictment**  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with:

Possession with intent to distribute cocaine.

in violation of Title **21** United States Code, Section(s) **841(a)(1) and 846**

JON W. SANFILIPPO
Name of Issuing Officer

Signature of Deputy Clerk

Clerk of Court
Title of Issuing Officer

March 14, 2007    Milwaukee, WI
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Racine, WI__

| DATE RECEIVED 3/14/07 | NAME AND TITLE OF ARRESTING OFFICER DUSM Bryson Barnes | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/9/07 | | |

For DEA