**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

Plaintiff,

**Case No. 07-CR-68**

**-vs-**

**WILLIAM LOTT, RYAN KING**
**and CHARLES CONLEY,**

Defendants.

---

## DECISION AND ORDER

---

The defendant Willie Lott ("Lott") filed a motion to suppress, defendant Ryan King ("King") filed a motion to dismiss indictment, and defendant Charles Conley ("Conley") filed a motion to suppress, in the above-captioned case.

Magistrate Judge William E. Callahan recommended that all of the defendants' motions be denied except for Lott's motion to identify confidential informants, which he recommended be granted-in part and denied-in-part. The defendants oppose the Magistrate Judge's Recommendation and the government has responded to two of the three objections. The Court has read the submissions and rules as follows.

The Court adopts the conclusions of the Magistrate Judge's Recommendation and the well thought out reasoning supporting those conclusions. Therefore, the defendants' motions are denied, except for Lott's motion to identify the confidential informants. Those informants will be disclosed three weeks prior to trial as outlined in the Recommendation.

The search warrant affidavit listed in Lott's motion to suppress will remain under seal pursuant to Magistrate Judge Callahan's Order of January 10, 2008.

Dated at Milwaukee, Wisconsin, this 25th day of February 2008.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**